## 10252.   GREEN *v.* THE STATE.

BLOODWORTH, J.   1.   "On the trial of one charged with a violation of the
act of 1910 (Acts 1910, p. 134 [Park's Ann. Penal Code, § 348a]), the
State makes out a prima facie case when it proves that the accused
carried a pistol on his person, or had manual possession of a pistol, not
at his home or place of business, and the burden is upon the accused to
show, in answer to this evidence, that he had a license as prescribed by

the act." *Blocker* v. *State*, 12 *Ga. App.* 81 (3) (76 S. E. 784). See also *Russell* v. *State*, 12 *Ga. App.* 557 (77 S. E. 829); *Harden* v. *State*, 17 *Ga. App.* 322 (86 S. E. 736); *Elkins* v. *State*, 17 *Ga. App.* 479 (87 S. E. 713).

2. The motion for a new trial contained only the general grounds, there was evidence to support the verdict, which has the approval of the presiding judge, and the judgment must be

*Affirmed. Broyles, P. J., and Stephens, J., concur.*

DECIDED MARCH 7, 1919.

Accusation of carrying pistol; from city court of Millen—Judge Dekle. October 28, 1918.

*James A. Dixon,* for plaintiff in error.

*William Woodrum, solicitor,* contra.